## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEMAK TRUST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 18-1855-RGA |
| RECKITT BENCKISER LLC, | ) ) |
| Defendant. | ) ) ) |

## **ORDER**

At Wilmington this 6th day of November 2020, having considered Plaintiff GEMAK Trust's motion to strike portions of Defendant Reckitt Benckiser LLC's Invalidity Contentions and Defendant's response (D.I. 142, 144),

IT IS HEREBY ORDERED that, for the reasons stated during the discovery conference held today, Plaintiff's Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.