

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ECF**

June 10, 2021

**Susan E. Morrison**
Principal
morrison@fr.com
302 778 8434  direct

The Honorable Richard G. Andrews
U.S. District Court
844 King Street
Wilmington, DE  19801

Re:     GEMAK Trust *v. Reckitt Benckiser LLC,*
        D. Del., C.A. No. 18-1855-RGA

Dear Judge Andrews:

We represent Plaintiff GEMAK Trust in the above-referenced litigation.  I write on behalf of both parties to the litigation to advise the Court that the parties have reached an agreement in principle, and respectfully request that the Court remove all deadlines in this matter from the calendar.  The parties expect to be able to file a stipulation of dismissal within 30 days.

Respectfully submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison