

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ECF**

July 9, 2021

Susan E. Morrison
Principal
morrison@fr.com
302 778 8434  direct

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

Re:  *GEMAK Trust v. Reckitt Benckiser LLC*, **C.A. No. 18-1855 (RGA) (D. Del.)**

Dear Judge Andrews:

We represent Plaintiff GEMAK Trust in the above-referenced action.  I write on behalf of both parties to the litigation regarding the parties' agreement to settle this matter.  The parties are in the process of executing the settlement agreement, and expect to be able to file a stipulation of dismissal of the litigation within 30 days.

Respectfully Submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison (# 4690)

SEM/mcl